UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| LYLE ENTERPRIZES, INC., d/b/a LARRY'S FOODLAND, a Michigan Corporation, | |
| Plaintiff, | Case No: 04-CV-73136-DT |
| v | Hon. Patrick J. Duggan |
| THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, a Connecticut Corporation, | CONSOLIDATED CASES |
| Defendant | |
| and | |
| LYLE ENTERPRIZES, INC., d/b/a LARRY'S FOODLAND, a Michigan Corporation, | Case No: 04-CV-75099-DT |
| Plaintiff, | Hon. Patrick J. Duggan |
| v | |
| AXA RE PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

_____/

## ORDER CONSOLIDATING CASES

IT IS HEREBY ORDERED that the above cases are consolidated for purposes of discovery and pretrial proceedings. All further filings in these cases shall be docketed by the Clerk under Case Number 04-CV-73136-DT. The parties shall use a complete caption and include the designation "CONSOLIDATED CASES" in the caption.

Dated: JUNE 8, 2005

S/PATRICK J. DUGGAN
United States District Judge